UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMBER MCDEARMON<br><br>Defendant. | 2:05-CR-125-JCM-RJJ |

FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 25 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#79), sentencing held on September 8, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: Bank of America
Amount of Restitution: $200.00

Name of Payee: Home Depot
Amount of Restitution: $438.38

Name of Payee: RC Willey
Amount of Restitution: $4,686.96

Name of Payee: Eureka Casino
Amount of Restitution: $1,500.00

Name of Payee: Motorcycle City
Amount of Restitution: $329.90

Name of Payee: National Diversified Brokers
Amount of Restitution: $400.00

Name of Payee: Whitehall Jewelry
Amount of Restitution: $591.25

**Total Amount of Restitution ordered: $8,146.49****

**Joint and Several with Co-Defendants James Reda and Thomas Reda

Dated this 24th day of May, 2018.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE